ASHEVILLE MALL, INC. v. F. W. WOOLWORTH CO.

No. 23P87.

Case below: 83 N.C. App. 532.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

CATES v. WILSON

No. 24PA87.

Case below: 83 N.C. App. 448.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed with review limited to issues of collateral source and physician-patient privilege 7 April 1987.

COLONIAL BUILDING CO., INC. v. JUSTICE

No. 54P87.

Case below: 83 N.C. App. 643.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

DAVIS v. STATE FARM FIRE AND CASUALTY CO.

No. 739P86.

Case below: 83 N.C. App. 343.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

GRAHAM v. JAMES F. JACKSON ASSOC., INC.

No. 140P87.

Case below: 84 N.C. App. 427.

Petition by defendants for temporary stay allowed 2 April 1987.